AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

ANGEL OBANDO, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ANTONIO SOFO & SON IMPORTING CO.

*Defendant(s)*

Civil Action No. 3:25-cv-2062

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Antonio Sofo & Son Importing Co.
c/o Michael J. Sofo - Registered Agent
253 Waggoner Boulevard
Toledo, Ohio 43612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste 510
Little Rock, AR 72211
Email: service@eksm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Michelle Sztul,*
CLERK OF COURT

Date: 9/29/2025

s/ Denice Sims
*Signature of Clerk or Deputy Clerk*

Civil Action No.   3:25-CV-2062

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Antonio Sofo & Son Importing Co. c/o Michael J. Sofo**
was recieved by me on  **9/30/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Adam Calandra**, who is designated by law to accept service of process on behalf of **Antonio Sofo & Son Importing Co. c/o Michael J. Sofo** at **253 Waggoner Blvd, Toledo, OH 43612** on **09/30/2025 at 3:57 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:   09/30/2025

*Server's signature*

**Cole Lewis**
*Printed name and title*

**5844 Wyndstone Dr
Sylvania, OH 43560**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; EXHIBITS,  to Adam Calandra who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: **0188681588**

