**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) CASE NO. 3:25-cv-02062-JZ |
| Plaintiff, | ) ) JUDGE JACK ZOUHARY |
| vs. | ) ) ) |
| ANTONIO SOFO & SON IMPORTING CO., | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

The Court, counsel of record, and all parties shall take notice that, effective immediately, undersigned counsel, Amy C. Baughman of the law firm of Freeman Mathis & Gary, LLP, 3201 Enterprise Parkway, Suite 190, Cleveland, Ohio 44122, hereby enters her appearance as counsel of record for Defendant Antonio Sofo & Son Importing Co. All further notices, pleadings, and correspondence pertaining to the captioned lawsuit shall be directed to the attention of the undersigned.

Respectfully submitted,

*/s/ Amy C. Baughman*

AMY C. BAUGHMAN (0077621)
**FREEMAN MATHIS & GARY, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, Ohio 44122
Telephone:	(216) 329-4872
Facsimile:	(888) 356-3596
E-mail:	amy.baughman@fmglaw.com

*Attorney for Defendant
Antonio Sofo & Son Importing Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2025, the foregoing Notice of Appearance of Counsel was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

/s/ Amy C. Baughman

*Attorney for Defendant*
*Antonio Sofo & Son Importing Co.*

17863.127674