# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) CASE NO. 3:25-cv-02062-JZ |
| Plaintiff, | ) ) JUDGE JACK ZOUHARY |
| vs. | ) ) ) ) **UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF JUSTIN J. BORON** |
| ANTONIO SOFO & SON IMPORTING CO., | ) ) |
| Defendant. | ) |

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendant Sofo & Sons Importing Company, move this Court to grant leave for Justin J. Boron to appear *pro hac vice* in this action on their behalf. The reasons supporting this Motion are more fully set forth in the Declaration of Justin J. Boron (attached as Exhibit A).

As established by the attached Declaration and pursuant to Rule 83.5(h), Mr. Boron (Pennsylvania Bar No. 324797, New York Bar No. 5916721, and New Jersey Bar No. 250422019) is a member in good standing of the following:

| **Name of Court** | **Date of Admission** |
|---|---|
| New Jersey | 6/21/2019 |
| New York | 2022 |
| Pennsylvania | 10/19/2017 |

Mr. Boron agrees to be bound by the Local Rules of this District and Orders of this Court.

By email dated December 1, 2025, Plaintiff's counsel stated that Plaintiff did not object to this Motion. For the foregoing reasons, counsel for Defendants respectfully requests that this Court enter an Order granting the admission, *pro hac vice*, of Justin J. Boron.

*Date: December 1, 2025*

          Respectfully submitted,

          */s/ Amy C. Baughman*

          AMY C. BAUGHMAN (0077621)
          **FREEMAN MATHIS & GARY, LLP**
          3201 Enterprise Parkway, Suite 190
          Cleveland, Ohio 44122
          Telephone: (216) 329-4872
          Facsimile: (888) 356-3596
          E-mail: amy.baughman@fmglaw.com

          -and-

          JUSTIN J. BORON (PA Bar No. 324797)
          **FREEMAN MATHIS & GARY, LLP**
          1600 Market Street, Suite 2700
          Philadelphia, PA 19103
          Telephone: (617) 963-5966
          E-mail: justin.boron@fmglaw.com
          *Pro Hac Vice Application Pending*

          *Attorneys for Defendant*
          *Antonio Sofo & Son Importing Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2025, the foregoing Unopposed Motion for *Pro Hac Vice* of Justin J. Boron was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*/s/ Amy C. Baughman*

*Attorney for Defendant*
*Antonio Sofo & Son Importing Co.*

17863.127674