**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 3:25-cv-02062-JZ |
| Plaintiff, | ) ) | JUDGE JACK ZOUHARY |
| vs. | ) ) | |
| ANTONIO SOFO & SON IMPORTING CO., | ) ) | |
| Defendant. | ) | |

**DECLARATION OF JUSTIN J. BORON, ESQ.**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to L. Civ. R. 83.5(h) and 28 U.S.C. § 1746, Justin J. Boron, declares as follows:

1.      I am a member of the law firm Freeman Mathis & Gary, LLP, and have personal knowledge of the facts set forth in this declaration. I have been a member of the Pennsylvania Bar since October 19, 2017 (PA Bar No. 324797).

2.      I am admitted to practice before the following courts:

| **Name of Court** | **Date of Admission** |
|---|---|
| New Jersey | 6/21/2019 |
| New York | 2022 |
| Pennsylvania | 10/19/2017 |

3.      I am currently in good standing in all of the aforementioned courts in which I am admitted to practice.

4.      Pursuant to L. Civ. R. 83.5(h), I provide the following information:

a.  Name:  Justin J. Boron

b.  Address:  1600 Market St. Suite 2700, Philadelphia, PA 19103

**EXHIBIT A**

    c.  Telephone No.:  706-247-6369

    e.  Email: justin.boron@fmglaw.com

    f.  Highest state court admission: Pennsylvania

    g.  Highest state court admission date: 10/19/2017

    g.  Highest state court bar registration: 324797

5.    I declare under penalty of perjury of the laws of Ohio and the United States that the foregoing is true and correct, and that this declaration was executed in Philadephia, PA, on November 21, 2025.

_____

JUSTIN J. BORON (PA Bar No. 324797)
**FREEMAN MATHIS & GARY, LLP**
1600 Market St, Suite 2700
Philadelphia, PA 19103
Telephone:    (617) 963-5966
E-mail:    justin.boron@fmglaw.com

*Attorney for Defendant*
*Antonio Sofo & Son Importing Co.*
*Pro Hac Vice Application Pending*