*Motion granted. Counsel shall become familiar with the ACTL Code of Conduct.*

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

December 3, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) |
| | ) CASE NO. 3:25-cv-02062-JZ |
| Plaintiff, | ) ) JUDGE JACK ZOUHARY |
| vs. | ) ) ) **UNOPPOSED MOTION FOR** |
| ANTONIO SOFO & SON IMPORTING CO., | ) **ADMISSION *PRO HAC VICE* OF** ) **JUSTIN J. BORON** |
| Defendant. | ) |

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendant Sofo & Sons Importing Company, move this Court to grant leave for Justin J. Boron to appear *pro hac vice* in this action on their behalf. The reasons supporting this Motion are more fully set forth in the Declaration of Justin J. Boron (attached as Exhibit A).

As established by the attached Declaration and pursuant to Rule 83.5(h), Mr. Boron (Pennsylvania Bar No. 324797, New York Bar No. 5916721, and New Jersey Bar No. 250422019) is a member in good standing of the following:

| **Name of Court** | **Date of Admission** |
|---|---|
| New Jersey | 6/21/2019 |
| New York | 2022 |
| Pennsylvania | 10/19/2017 |

Mr. Boron agrees to be bound by the Local Rules of this District and Orders of this Court.

By email dated December 1, 2025, Plaintiff's counsel stated that Plaintiff did not object to this Motion. For the foregoing reasons, counsel for Defendants respectfully requests that this Court enter an Order granting the admission, *pro hac vice*, of Justin J. Boron.

*Date: December 1, 2025*

        Respectfully submitted,

        */s/ Amy C. Baughman*

        AMY C. BAUGHMAN (0077621)
        **FREEMAN MATHIS & GARY, LLP**
        3201 Enterprise Parkway, Suite 190
        Cleveland, Ohio 44122
        Telephone: (216) 329-4872
        Facsimile: (888) 356-3596
        E-mail: amy.baughman@fmglaw.com

        -and-

        JUSTIN J. BORON (PA Bar No. 324797)
        **FREEMAN MATHIS & GARY, LLP**
        1600 Market Street, Suite 2700
        Philadelphia, PA 19103
        Telephone: (617) 963-5966
        E-mail: justin.boron@fmglaw.com
        *Pro Hac Vice Application Pending*

        *Attorneys for Defendant*
        *Antonio Sofo & Son Importing Co.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 1st day of December, 2025, the foregoing Unopposed Motion for *Pro Hac Vice* of Justin J. Boron was filed via the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*/s/ Amy C. Baughman*

*Attorney for Defendant*
*Antonio Sofo & Son Importing Co.*

17863.127674

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANGEL OBANDO, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 3:25-cv-02062-JZ |
| Plaintiff, | ) ) | JUDGE JACK ZOUHARY |
| vs. | ) ) ) | |
| ANTONIO SOFO & SON IMPORTING CO., | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF JUSTIN J. BORON, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*__**

Pursuant to L. Civ. R. 83.5(h) and 28 U.S.C. § 1746, Justin J. Boron, declares as follows:

1. I am a member of the law firm Freeman Mathis & Gary, LLP, and have personal knowledge of the facts set forth in this declaration. I have been a member of the Pennsylvania Bar since October 19, 2017 (PA Bar No. 324797).

2. I am admitted to practice before the following courts:

| **Name of Court** | **Date of Admission** |
|---|---|
| New Jersey | 6/21/2019 |
| New York | 2022 |
| Pennsylvania | 10/19/2017 |

3. I am currently in good standing in all of the aforementioned courts in which I am admitted to practice.

4. Pursuant to L. Civ. R. 83.5(h), I provide the following information:

    a. Name: Justin J. Boron

    b. Address: 1600 Market St. Suite 2700, Philadelphia, PA 19103

**EXHIBIT A**

      c.  Telephone No.:  706-247-6369

      e.  Email: justin.boron@fmglaw.com

      f.  Highest state court admission: Pennsylvania

      g.  Highest state court admission date: 10/19/2017

      g.  Highest state court bar registration: 324797

5.     I declare under penalty of perjury of the laws of Ohio and the United States that the foregoing is true and correct, and that this declaration was executed in Philadephia, PA, on November 21, 2025.


                                        _____
                                        JUSTIN J. BORON (PA Bar No. 324797)
                                        **FREEMAN MATHIS & GARY, LLP**
                                        1600 Market St, Suite 2700
                                        Philadelphia, PA 19103
                                        Telephone:    (617) 963-5966
                                        E-mail:        justin.boron@fmglaw.com

                                        *Attorney for Defendant*
                                        *Antonio Sofo & Son Importing Co.*
                                        *Pro Hac Vice Application Pending*