IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Calvin Smith,                                Case No. 3:25 CV 1937 and
*individually and on behalf of all others*              3:25 CV 2062
*similarly situated,*

                                          CONSOLIDATION ORDER
                  Plaintiff,

                                          JUDGE JACK ZOUHARY
       -vs-

Antonio Sofo & Son Importing Co.,

                  Defendant.

         * * *

Angel Obando,
*individually and on behalf of all others*
*similarly situated,*

                  Plaintiff,

       -vs-

Antonio Sofo & Son Importing Co.,

                  Defendant.

      Initial Zoom Status Conference held in *Obando v. Antonio Sofo & Son Importing Co.* (25 CV 2062), on December 3, 2025. Counsel present: Josh Sanford for Plaintiff; Justin Boron and Amy Baughman for Defendant.

      Pursuant to agreement of counsel, and in the interest of judicial economy and efficiency, Case Nos. 25 CV 1937 and 25 CV 2062 are consolidated. Case No. **25 CV 1937** shall be deemed the lead case, and all future fillings shall be under that case number. With this consolidation, counsel applying for *pro hac vice* admission need only file and pay for a single admission to this District.

Counsel shall continue to exchange documents pursuant to Federal Civil Rule 26(a). Counsel also agree to the following initial schedule:

- Amended Complaint in the consolidated case – **December 19, 2025**
- Answer to the Amended Complaint – **January 16, 2026**

Counsel shall continue discussions on which claims are appropriate and necessary moving forward. Once the initial pleadings are received, this Court will set a further Zoom Status Conference with all participants of the consolidated cases.

IT IS SO ORDERED.

                         s/ *Jack Zouhary*
                         JACK ZOUHARY
                         U. S. DISTRICT JUDGE

                         December 5, 2025